# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

July 24, 2018

**VIA ECF**
Hon. Michael A. Telesca
United States District Judge
Kenneth B. Keating Federal Building
U.S. Courthouse
100 State Street
Rochester, New York 14614

     Re:   *Vann* v. *City of Rochester, et al.,*
            18-cv-6464

Dear Honorable Judge Telesca,

    I write with the consent of defendants' counsel to respectfully request that plaintiff's time to respond to defendants' Rule 12 motion be extended from August 1, 2018 to August 22, 2018, and that defendants' time to reply, if necessary, correspondingly be extended from August 15, 2018 to September 5, 2018.

    Thank you for your consideration of this request

                                     Very Truly Yours,

                                     ~//s//~

                                     Elliot Dolby Shields

cc: (via ECF)
John Campolieto
*Attorney for Defendants*
Municipal Attorney
City of Rochester, New York - Law Department
30 Church Street, Room 412A
Rochester, New York 14614