# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| DAVID VANN<br><br>*Plaintiff(s)*<br>v.<br>CITY OF ROCHESTER, et al.,<br><br>*Defendant(s)* | Civil Action No. 18-CV-6464 (MAT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SERGEANT JEFFREY LAFAVE, II, IBM # 1634
185 Exchange Blvd
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Shields
    Roth & Roth LLP
    192 Lexington Avenue, Suit 802
    New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                                                                          *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| DAVID VANN <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-CV-6464 (MAT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SERGEANT JOSEPH LAIOSA, IBM # 1180
185 Exchange Blvd
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Elliot Shields
Roth & Roth LLP
192 Lexington Avenue, Suit 802
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| DAVID VANN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 18-CV-6464 (MAT) | |
| CITY OF ROCHESTER, et al., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* POLICE OFFICER ERIC MCGRAW, IBM # 2131
185 Exchange Blvd
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Shields
Roth & Roth LLP
192 Lexington Avenue, Suit 802
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| DAVID VANN<br><br>*Plaintiff(s)*<br>v.<br>CITY OF ROCHESTER, et al.,<br><br>*Defendant(s)* | Civil Action No. 18-CV-6464 (MAT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAPTAIN GARY MOXLEY
185 Exchange Blvd
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Shields
Roth & Roth LLP
192 Lexington Avenue, Suit 802
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| DAVID VANN <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-CV-6464 (MAT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INVESTIGATOR CHRISTOPHER MUSCATO, IBM # 1331
185 Exchange Blvd
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Elliot Shields
                Roth & Roth LLP
                192 Lexington Avenue, Suit 802
                New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                        *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| DAVID VANN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-CV-6464 (MAT) |
| CITY OF ROCHESTER, et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* POLICE OFFICER ANGEL PAGAN
185 Exchange Blvd
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Shields
    Roth & Roth LLP
    192 Lexington Avenue, Suit 802
    New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                      *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| DAVID VANN | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) Civil Action No. 18-CV-6464 (MAT) |
| CITY OF ROCHESTER, et al., | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* POLICE OFFICER ADAM BRODSKY, IBM # 2478
185 Exchange Blvd
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Shields
Roth & Roth LLP
192 Lexington Avenue, Suit 802
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| DAVID VANN <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-CV-6464 (MAT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE COUNTY OF MONROE
Monroe County Law Department
307 County Office Building
39 West Main Street
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Shields
Roth & Roth LLP
192 Lexington Avenue, Suit 802
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| DAVID VANN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-CV-6464 (MAT) |
| CITY OF ROCHESTER, et al., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* POLICE OFFICER TIMOTHY DEMPSEY, IBM # 2122
185 Exchange Blvd
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Shields
Roth & Roth LLP
192 Lexington Avenue, Suit 802
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| DAVID VANN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-CV-6464 (MAT) |
| CITY OF ROCHESTER, et al., | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SANDRA DOORLEY
47 S. Fitzhugh St.
Rochester, NY 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Shields
Roth & Roth LLP
192 Lexington Avenue, Suit 802
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| DAVID VANN<br><br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF ROCHESTER, et al.,<br><br>*Defendant(s)* | Civil Action No. 18-CV-6464 (MAT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL HARRIGAN
47 S. Fitzhugh St.
Rochester, NY 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Shields
Roth & Roth LLP
192 Lexington Avenue, Suit 802
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*