UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**DAVID VANN,**

                Plaintiffs,　　　　　　　　　　　　**REPLY DECLARATION IN SUPPORT OF MOTION TO DISMISS**

      v.　　　　　　　　　　　　　　　　　　　**Civ. No.:** 18-cv-06464

**CITY OF ROCHESTER, POLICE OFFICER
MATTHER DRAKE, POLICE OFFICER
STEVEN MITCHELL, POLICE OFFICER
JEFFEREY KESTER, POLICE OFFICER
CHRISTOPHER BARBER, POLICE OFFICER
DAVID E. KEPHART, INVESTIGATOR TOMESHA
ANGELO, TECHNICIAN STEPHANIE MINTZ,
SERGEANT DANIEL J. ZIMMERMAN,
"JOHN DOES 1-6" and POLICE OFFICERS
"JOHN DOES 7-12", et al.**

                Defendants.
_____

JOHN M. CAMPOLIETO, Esq., declares and says:

    1.    I am an attorney with the City of Rochester Corporation Counsel's Office, attorneys for Defendants.  I am admitted to practice law before the courts of the State of New York and in the United States District Court, Western District of New York.

    2.    I submit this Reply Declaration in support of Defendants' F.R.C.P. Rule 12(b)(6). 12(e) and 12(f) Motion for Partial Dismissal for Failure to State a Claim.  The information set forth herein is based upon my personal knowledge, a review of the proceedings in this action, and a review of relevant case law.

    3.    Annexed hereto as Exhibit A is a copy of the Letter sent by the Plaintiff's Attorney in this matter, filed with the Court's ECF system on December 5, 2018.

    4.    This motion seeks alternative relief.  The City seeks dismissal of the entire

Complaint and Demand for a More Definite Statement under Rule 12(e).  Partial Dismissal of certain causes of action under Rule 12(b)(6).  Striking of the entire Complaint or sections of the Complaint alleging Fraud under Rule 12(f) and Rule 9(b) and striking extraneous media cited to and incorporated by reference into the Complaint under Rule 12(f).

Dated: December 5, 2018          TIMOTHY R. CURTIN,
                                 CORPORATION COUNSEL

                                 /s/ John M. Campolieto
                                 _____
                                 BY: John M. Campolieto, Esq., of Counsel
                                 Attorneys for Defendants
                                 City Hall Room 400A, 30 Church Street
                                 Rochester, New York 14614
                                 (585) 428-7410

To:   Eliot Dolby Shields
      192 Lexington Avenue, Suite 802
      New York, N.Y. 10016
      (212) 425-1020

      Matthew D. Brown, Esq.
      Attorney for the County Defendants
      39 West Main Street
      Rochester, NY 14614
      (585)753-1407