**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**John M. Campolieto**
Municipal Attorney

August 5, 2020

**VIA FACSCIMILE**
Hon. Mark W. Pedersen
U.S. Magistrate Judge
2720 U.S. Courthouse
100 State Street, Room 1400
Rochester, New York 14614
Fax No. (585) 613-4055

*Re: Vann v. City of Rochester, et al.*
   Case No.: 18-cv-6464

Dear Judge Peterson:

Pursuant to your Order granting the Motion to Compel of the Plaintiff, the City was to respond to the Plaintiff's Interrogatories and Demand for Production of Documents 14 days from the Order dated July 21. The City sent its Interrogatory responses to the Plaintiff yesterday as ordered.

The City and Plaintiff's Counsel are stipulating to the following items regarding the City Defendants' Responses to Plaintiff's Disclosure requests:

- The City will acknowledge and/or object to the Plaintiff's Document Demand within 7 days of this letter. The City will produce, all documents not objected to, within 21 day of this letter.

- The City Defendants will provide an amendment to their August 4, 2020 Interrogatory responses which will include verifications from the individual defendants and removal of a confidential insignia and move the index number watermark from the middle of the page in the supplemental documents sent with the responses.

- The City will review its Interrogatory responses and provide a supplemental response if any question was inadvertently not answered.

There has been no prior request for extensions by the City.

Respectfully submitted,

/s/ John M. Campolieto

John M. Campolieto
Municipal Attorney


Xc:  Elliot D. Shields, Esq.