

## City of Rochester

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

John M. Campolieto
Municipal Attorney

July 29, 2022

**VIA FACSCIMILE**
Hon. Mark W. Pedersen
U.S. Magistrate Judge
100 State Street, Room 1400
Rochester, New York 14614
Fax No. (585) 613-4055

*Re: Vann v. City of Rochester, et al.*
   Case No.: 18-cv-6464-EAW-MJP

Dear Judge Pedersen:

Pursuant to the Court's Scheduling Order dated June 23, 2022, the City was to submit a motion for a protective order on July 8, 2022, Plaintiff would respond by July 22, 2022 and the City would be able to reply by July 29, 2022. The Plaintiff filed an additional motion to compel on July 22, 2022 and the City seeks a revision to June 23, 2022 scheduling order allowing it to reply to the original motion and respond to the Motion to Compel by August 3, 2022.

I have received the consent of the Plaintiff, to this revision, if he can have until August 11, 2022 to reply to my response. If there is no objection from the Court to revising the City's reply/response date to August 3, 2022 I have included a so-ordered provision at the bottom of this letter.

Respectfully submitted,

/s/ John M. Campolieto

Municipal Attorney

xc: Elliot D. Shields, Esq. *(sent via electronic mail)*


**SO ORDERED:**

/s/ Mark W. Pedersen                        Dated: July 29, 2022

Hon. Mark W. Pedersen
United States Magistrate Judge

Phone: 585.428.7410     Fax: 585.428.6950     TTY: 585.428.8054     EEO/ADA