IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X

DAVID VANN,                                                    18-CV-6464 (EAW)(JMP)

                                        Plaintiff,

                        -against-

THE CITY OF ROCHESTER, a municipal entity, POLICE
OFFICER MATTHEW DRAKE, IBM # 1956, POLICE
OFFICER STEVEN MITCHELL, IBM # 2134,
INVESTIGATOR JEFFREY KESTER, IBM # 2230,
SERGEANT JEFFREY LAFAVE, II, IBM # 1634 POLICE
OFFICER DAVID E. KEPHART, IBM # 2074, POLICE
OFFICER ADAM BRODSKY, IBM # 2478,  POLICE OFFICER
TIMOTHY DEMPSEY, IBM # 2122, INVESTIGATOR
CHRISTOPHER MUSCATO, IBM # 1331, CAPTAIN GARY
MOXLEY, POLICE OFFICER ANGEL PAGAN, IBM # 2421,
POLICE OFFICER CHRISTOPHER J. BARBER, IBM # 1949,
SERGEANT DANIEL J. ZIMMERMAN, IBM # 295, POLICE
OFFICER ERIC MCGRAW, IBM # 2131, SERGEANT JOSEPH
LAIOSA, IBM # 1180, INVESTIGATOR TOMESHA ANGELO,
IBM # 1665, TECHNICIAN STEPHANIE MINTZ, IBM # 2496,
Police Officers "JOHN DOES 1-10" (whose names are currently
unknown),  and  other  unidentified  members  of  the  Rochester
Police Department,

                                        Defendants.

------------------------------------------------------------------------------- X


**PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS TO
DEFENDANTS PURSUANT TO THE APRIL 13, 2021 ORDER, ECF 57**

        PLEASE TAKE NOTICE that, pursuant to the Order entered by Judge Mark J. Pedersen

on April 13, 2021, ECF 57, Rule 26 of the Local Rules of the United States District Court for the

Western District of New York (the "Local Rules") and Rule 34 of the Federal Rules of Civil

Procedure, and that defendants produce for copying and inspection at the office of Roth & Roth,

LLP, 192 Lexington Avenue, 8th Floor, New York, New York 10016, within **THREE WEEKS**,

all documents and materials described herein.

## DEFINITIONS AND INSTRUCTIONS:

Plaintiff hereby incorporates the definitions and instructions stated in his First Request for Production of Documents to Defendants, dated April 16, 2020.

Additionally, Judge Pedersen's April 13, 2021 Order stated, in pertinent part:

> 5. **RFPs 70–72:** By April 27, 2021, Defendants agreed and shall produce all documents demanded in RFPs No. 70–72, other than the documents demanded in RFP 70(f) and (g), as same have already been produced in this matter.

> 6. **Officer Personnel Files and Misconduct Records:** Defendants agreed and shall produce all "substantiated" and "unsubstantiated" records of civilian and internal complaints of misconduct for the Other Identified Officers and Officer Defendants. This includes the complete personnel files, Professional Standard Section files, Civilian Review Board files, disciplinary records, all complaints of misconduct, and all internal investigatory records for complaints of misconduct.

> 7. **List of Officer Misconduct Records:** To avoid duplicate production, by April 27, 2021, Defendants agree to produce a list of all civilian and internal complaints of misconduct for the Other Identified Officers and Officer Defendants. Plaintiff shall compare the list to the materials Defendants produce in response to item no. 5 in this Order, and shall serve a demand on Defendants for the materials specified in item no. 6 of this Order that were not produced in response to item no. 5 of this Order.

> 8. **Production of Officer Personnel Files and Misconduct Records:** Within three weeks of receiving the demand from Plaintiff of the materials identified in item no. 7 of this Order, Defendants agreed and shall respond and produce all materials demanded.

ECF 57.

Notably, Defendants failed to ever produce complete lists of "all civilian and internal complaints of misconduct", and instead only produced complaints concerning use of force. For the remainder of the misconduct complaints, Defendants produced the concise officer histories for the

Other Identified Officers and Officer Defendants. Thus, Plaintiff compared the lists of internal force complaints and civilian complaints, and concise officer histories for the Other Identified Officers and Officer Defendants, to the materials Defendants produced in response to item no. 5, and pursuant to item 7 of the April 13, 2021 Order, hereby serves the below demand for the materials specified in item no. 6 that were not produced in response to item no. 5.

FROM THE LIST OF CIVILIAN FORCE COMPLAINTS:

1. 2017-0055
   Christopher Barber

2. 2010-1217
   Joseph Ferrigno

3. 2012-0568
   Joseph Ferrigno

4. 2012-0568
   Joseph Ferrigno

5. 2019-0077
   Kevin Leckinger

6. 2016-0229
   Spenser McAvoy

7. 2014-0243
   Thomas Rodriguez

8. 2014-0330
   Michael Sippel

FROM THE LIST OF INTERNAL FORCE COMPLAINTS:

9. 2017-1049
   Alexander Baldauf

10. 2011-1157
    Randy Book

11. 2016-0221
    Joseph Ferrigno

12. 2016-0288
    Patrick Giancursio

13. 2016-0327
    Patrick Giancursio

14. 2018-0287
    David Kephart

15. 2017-0504
    Kevin Leckinger

16. 2018-1083
    Jonathan Marsh

17. 2016-0817
    Jonathan Marsh

18. 2016-0817
    Spenser McAvoy

19. 2018-0627
    Spenser McAvoy

20. 2018-0287
    Steven Mitchell

21. 2011-0033
    Steven Mitchell

22. 2012-0742
    Eliud Rodriguez

23. 2017-0289
    Thomas Rodriguez

24. 2015-0132
    Michael Sippel

25. 2018-0627
    Michael Sippel

26. 2018-1061
    William Wagner

27. 2016-0327
    William Wagner

FROM CONCISE OFFICER HISTORIES:

**Alexander Baldauf**
   **28. IA No: 2011-0051**
   **29. IA No: 2011-0361**
   **30. IA No: 2012-0715**
   **31. IA No: 2013-1168**
   **32. IA No: 2015-0118**
   **33. IA No: 2015-0267**
   **34. IA No: 2015-0321**
   **35. IA No: 2015-0338**
   **36. IA No: 2015-0614**
   **37. IA No: 2015-0615**
   **38. IA No: 2015-0586**
   **39. IA No: 2016-0096**
   **40. IA No: 2016-0227**
   **41. IA No: 2016-0374**
   **42. IA No: 2016-0478**
   **43. IA No: 2017-0033**
   **44. IA No: 2017-0985**
   **45. IA No: 2017-1064**
   **46. IA No: 2018-0029**
   **47. IA No: 2018-0094**
   **48. IA No: 2018-0464**
   **49. IA No: 2018-0468**
   **50. IA No: 2018-0511**
   **51. IA No: 2018-1005**
   **52. IA No: 2018-1077**
   **53. IA No: 2019-0138**
   **54. IA No: 2019-0554**
   **55. IA No: 2019-0733**

56. IA No: 2019-1046
57. IA No: 2020-0033
58. IA No: 2020-0371
59. IA No: 2020-1186
60. IA No: 2020-1422
61. IA No: 2020-1304
62. IA No: 2020-1497
63. IA No: 2021-0062

**Randy Book:**

64. IA No: 2015-0299
65. IA No: 2016-0903
66. IA No: 2018-0440
67. IA No: 2018-1189
68. IA No: 2019-0124

**Adam Brodsky:**

69. IA No: 2016-0385

**Timothy Dempsey:**

70. IA No: 2011-0388
71. IA No: 2011-0999
72. IA No: 2012-0356
73. IA No: 2015-1038

**Matthew Drake:**

74. IA No: 2013-0993
75. IA No: 2015-0288
76. IA No: 2017-0289

**Joseph M. Ferrigno:**

77. IA No: 2009-0406
78. IA No: 2010-1101
79. IA No: 2010-1217
80. IA No: 2010-1360
81. IA No: 2011-0806
82. IA No: 2012-0568
83. IA No: 2012-0964
84. IA No: 2013-0495
85. IA No: 2013-0641
86. IA No: 2013-1153
87. IA No: 2015-0929

**88. IA No: 2016-0221**
**89. IA No: 2016-0247**
**90. IA No: 2016-0516**

**Patrick Giancursio:**

**91. IA No: 2014-0677**
**92. IA No: 2016-0203**
**93. IA No: 2016-0288**
**94. IA No: 2016-0315**
**95. IA No: 2016-0612**
**96. IA No: 2016-0816**
**97. IA No: 2013-1158**
**98. IA No: 2013-1060**
**99. IA No: 2015-0112**
**100.       IA No: 2015-0281**
**101.       IA No: 2015-0317**
**102.       IA No: 2015-0361**
**103.       IA No: 2015-0363**
**104.       IA No: 2015-0473**
**105.       IA No: 2015-0474**
**106.       IA No: 2015-0618**
**107.       IA No: 2016-0292**
**108.       IA No: 2016-0328**
**109.       IA No: A16-0092**
**110.       IA No: 2016-0300**
**111.       IA No: A16-0114**
**112.       IA No: 2016-0405**
**113.       IA No: 2016-0448**
**114.       IA No: 2016-0488**
**115.       IA No: 2016-0315**
**116.       IA No: 2016-0694**
**117.       IA No: 2016-0612**
**118.       IA No: 2016-0692**
**119.       IA No: 2016-0715**
**120.       IA No: 2016-0756**
**121.       IA No: 2016-0816**
**122.       IA No: 2016-1064**
**123.       IA No: 2017-0034**
**124.       IA No: 2017-0086**
**125.       IA No: 2017-0422**
**126.       IA No: 2019-0101**
**127.       IA No: 2017-0645**
**128.       IA No: 2017-0700**

| | |
|---|---|
| **129.** | **IA No: 2018-1219** |
| **130.** | **IA No: 2018-1231** |
| **131.** | **IA No: 2019-0191** |
| **132.** | **IA No: 2020-0352** |
| **133.** | **IA No: 2020-0372** |
| **134.** | **IA No: 2020-0562** |
| **135.** | **IA No: 2020-0552** |

Rickey J. Harris:

| | |
|---|---|
| **136.** | **IA No: 2013-1168** |
| **137.** | **IA No: 2014-0699** |
| **138.** | **IA No: 2015-0586** |
| **139.** | **IA No: 2016-0187** |

**David Kephart:**

| | |
|---|---|
| **140.** | **IA No: 2012-0567** |
| **141.** | **IA No: 2017-0632** |
| **142.** | **IA No: 2018-0287** |

**Jeffrey A. Kester:**

| | |
|---|---|
| **143.** | **IA No: 2013-1191** |
| **144.** | **IA No: 2015-0288** |
| **145.** | **IA No: 2015-0931** |
| **146.** | **IA No: 2016-0214** |
| **147.** | **IA No: 2017-0632** |

**Jeffrey Lafave:**

| | |
|---|---|
| **148.** | **IA No: 2006-0033** |
| **149.** | **IA No: 2006-0791** |
| **150.** | **IA No: 2008-0098** |
| **151.** | **IA No: 2014-0157** |
| **152.** | **IA No: 2015-0394** |
| **153.** | **IA No: 2020-0821** |
| **154.** | **IA No: 2020-1234** |
| **155.** | **IA No: 2020-1263** |
| **156.** | **IA No: 2006-0209** |
| **157.** | |

**Joseph Laiosa:**

| | |
|---|---|
| **158.** | **IA No: 2008-0944** |
| **159.** | **IA No: 2012-0607** |
| **160.** | **IA No: 2017-0054** |
| **161.** | **IA No: 2017-0181** |

**Anthony Liberatore:**
 162.  **IA No: 2010-1101**
 163.  **IA No: 2010-1360**
 164.  **IA No: 2013-0495**
 165.  **IA No: 2015-0007**
   **--**
 166.  **IA No: 2007-0162**
 167.  **IA No: 2010-1168**
 168.  **IA No: 2011-1055**
 169.  **IA No: A12-0449**
 170.  **IA No: 2012-1359**

**Jonathan Marsh:**
 171.  **IA No: 2010-0118**
 172.  **IA No: 2010-0726**
 173.  **IA No: 2011-0212**
 174.  **IA No: 2012-0617**
 175.  **IA No: 2013-1238**
 176.  **IA No: 2014-0341**
 177.  **IA No: 2014-0421**
 178.  **IA No: 2016-0123**
 179.  **IA No: 2016-0371**
 180.  **IA No: 2016-0410**
 181.  **IA No: 2016-0527**
 182.  **IA No: 2016-0675**
 183.  **IA No: 2016-0781**
 184.  **IA No: 2016-0782**
 185.  **IA No: 2016-0808**
 186.  **IA No: 2016-0814**
 187.  **IA No: 2016-0817**
 188.  **IA No: A16-0258**
 189.  **IA No: 2016-0884**
 190.  **IA No: 2016-0899**
 191.  **IA No: 2016-0879**
 192.  **IA No: 2016-0989**
 193.  **IA No: 2017-0113**
 194.  **IA No: A17-0039**
 195.  **IA No: 2017-0191**
 196.  **IA No: 2017-0217**
 197.  **IA No: 2017-0355**
 198.  **IA No: 2017-0358**

| | |
|---|---|
| 199. | IA No: A17-0181 |
| 200. | IA No: 2017-0510 |
| 201. | IA No: 2017-0487 |
| 202. | IA No: 2017-0557 |
| 203. | IA No: 2017-0562 |
| 204. | IA No: 2017-0571 |
| 205. | IA No: 2017-0574 |
| 206. | IA No: 2017-0714 |
| 207. | IA No: 2017-0708 |
| 208. | IA No: A17-0182 |
| 209. | IA No: 2017-0807 |
| 210. | IA No: 2017-0839 |
| 211. | IA No: 2017-0953 |
| 212. | IA No: 2017-0954 |
| 213. | IA No: 2017-0958 |
| 214. | IA No: 2017-0990 |
| 215. | IA No: 2017-1002 |
| 216. | IA No: 2017-1034 |
| 217. | IA No: 2017-1035 |
| 218. | IA No: 2017-1122 |
| 219. | IA No: 2017-1179 |
| 220. | IA No: 2018-0066 |
| 221. | IA No: 2018-0069 |
| 222. | IA No: 2018-0140 |
| 223. | IA No: 2018-0216 |
| 224. | IA No: 2018-0237 |
| 225. | IA No: 2018-0318 |
| 226. | IA No: 2018-0231 |
| 227. | IA No: 2018-0374 |
| 228. | IA No: 2018-0292 |
| 229. | IA No: 2018-0378 |
| 230. | IA No: 2018-0629 |
| 231. | IA No: 2018-0865 |
| 232. | IA No: 2018-0804 |
| 233. | IA No: 2018-0830 |
| 234. | IA No: 2018-1083 |
| 235. | IA No: 2019-0409 |
| 236. | IA No: 2019-0567 |
| 237. | IA No: 2019-0913 |
| 238. | IA No: 2019-1289 |
| 239. | IA No: 2020-0298 |
| 240. | IA No: 2020-0438 |
| 241. | IA No: 2020-0597 |

242.    IA No: 2020-0611
243.    IA No: 2020-0610
244.    IA No: 2020-0609
245.    IA No: 2020-0608
246.    IA No: 2020-0605
247.    IA No: 2020-1374
248.    IA No: 2020-1401

**Mario Masic:**
249.    IA No: 2009-0290
250.    IA No: 2009-1275
251.    IA No: 2010-0148
252.    IA No: 2010-0714
253.    IA No: 2014-0338
254.    IA No: 2014-0351
255.    IA No: 2017-0889
       --
256.    IA No: 2008-0071
257.    IA No: 2011-0257
258.    IA No: 2011-0674
259.    IA No: 2013-0411
260.    IA No: 2014-0264
261.    IA No: 2015-0135
262.    IA No: 2015-0395
263.    IA No: 2015-0468
264.    IA No: 2015-0733
265.    IA No: 2018-0718
266.    IA No: 2020-0285

**Eric McGraw:**
267.    IA No: 2012-1191

**Andrew McPherson:**
268.    IA No: 1998-0248
269.    IA No: 1999-0219

**Steven Mitchell:**
270.    IA No: 2011-0033
271.    IA No: 2011-0430
272.    IA No: 2012-0286
273.    IA No: 2017-0632
274.    IA No: 2018-0287

**Gary Moxley:**
275.	IA No: 2000-0607
276.	IA No: 2007-0678

**Christopher Muscato:**
277.	IA No: 2016-0929

**Angel Pagan:**
278.	IA No: 2015-0003
279.	IA No: 2016-0408
280.	IA No: 2016-0802
281.	IA No: 2016-0816
282.	IA No: 2017-1072
283.	IA No: 2020-0857

**Eliud Rodriguez:**
284.	IA No: 1994-0548
285.	IA No: 1997-0761
286.	IA No: 1998-1282
287.	IA No: 1999-0625
288.	IA No: 2001-0318
289.	IA No: 2012-0742
290.	IA No: 2013-1287
291.	IA No: 2014-0103
292.	IA No: 2014-0134
293.	IA No: 2016-0347
294.	IA No: 2020-1281

**Thomas Rodriguez**
295.	IA No: 1997-0546
296.	IA No: 1997-0566
297.	IA No: 1999-0979
298.	IA No: 1999-0987
299.	IA No: 2000-0028
300.	IA No: 2000-1123
301.	IA No: 2002-0828
302.	IA No: 2013-1289
303.	IA No: 2014-0243
304.	IA No: 2015-1039
305.	IA No: 2016-0247

| | |
|---|---|
| **306.** | **IA No: 2016-0679** |
| **307.** | **IA No: 2017-0289** |
| **308.** | **IA No: 2017-0716** |
| **---** | |
| **309.** | **IA No: 1992-0406** |
| **310.** | **IA No: 1993-1003** |
| **311.** | **IA No: 2000-0284** |
| **312.** | **IA No: 2006-0226** |
| **313.** | **IA No: 2007-0927** |
| **314.** | **IA No: 2015-0840** |
| **315.** | **IA No: 2015-1039** |
| **316.** | **IA No: 2016-0052** |
| **317.** | **IA No: 2016-0098** |
| **318.** | **IA No: 2016-0243** |
| **319.** | **IA No: A16-0107** |
| **320.** | **IA No: 2016-0416** |
| **321.** | **IA No: 2016-0661** |
| **322.** | **IA No: 2016-0728** |
| **323.** | **IA No: 2016-0731** |
| **324.** | **IA No: 2016-0732** |
| **325.** | **IA No: 2016-0735** |
| **326.** | **IA No: 2016-0739** |
| **327.** | **IA No: 2016-0743** |
| **328.** | **IA No: 2016-0679** |
| **329.** | **IA No: 2016-0960** |
| **330.** | **IA No: 2020-0271** |
| **331.** | **IA No: 2020-0351** |

**William Wagner**

| | |
|---|---|
| **332.** | **IA No: 2015-0773** |
| **333.** | **IA No: 2015-0863** |
| **334.** | **IA No: 2016-0203** |
| **335.** | **IA No: 2016-0315** |
| **336.** | **IA No: 2016-0327** |
| **337.** | **IA No: 2016-0815** |
| **338.** | **IA No: 2018-1061** |
| **339.** | **IA No: 2019-0287** |

**Daniel J. Zimmerman**

| | |
|---|---|
| **340.** | **IA No: 1991-0272** |
| **341.** | **IA No: 1991-0983** |
| **342.** | **IA No: 1996-0188** |

Dated: New York, New York
       October 10, 2022

                              ROTH & ROTH LLP


                    By: _____~//s//~_____
                              Elliot Dolby Shields, Esq.
                              *Attorneys for Plaintiff*
                              192 Lexington Ave, Suite
                              802 New York, New York
                              10016 Ph: (212) 425-1020


To:    Jonathan Campolieto, ESQ
       Assistant Corporation Counsel
       *Attorneys for Defendants*
       City Hall Room 400A, 30 Church Street
       Rochester, New York 14614
       (585) 428-6812