**Subject:** Vann v. City et al., 18-cv-6464; discovery issues
**Date:** Monday, December 5, 2022 at 3:50:15 PM Eastern Standard Time
**From:** Elliot Shields
**To:** Campolieto, John (Other)
**CC:** David Roth, Audra Roth

Dear John,

Please let me know if Officer Mintz is available for her deposition on Wednesday. I may have said today I wanted to finish Barber first, but I don't think that's actually necessary. If she's not, let me know a few dates and times.

Please also let me know dates and times for Barber's continued deposition.

Between Dec 26 and 30 could work for me for both of them.

Please also produce the remainder of the materials discussed with Judge Pedersen last Friday by December 23.

Thank you,

Elliot Shields, Esq. (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY  10016
T: (212) 425-1020
F: (212) 532-3801
eshields@rothandrothlaw.com

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.