**Subject:** RE: Vann v. City et al., 18-cv-6464; discovery issues
**Date:** Thursday, December 22, 2022 at 10:15:39 PM Eastern Standard Time
**From:** Campolieto, John M.
**To:** Elliot Shields
**Attachments:** image001.jpg

Elliot—I have the documents, I have them on a drive and I am working on getting them into a share file.  I need a bit more time for me to look at these documents because I have been tied up this week---I do not see a formal order from Pedersen but I am leaving for  the holiday and  I ask for your consent.

Mintz and the rest of Barber are going to have to be scheduled after the new year –first 10 days of January because no one available.



**John M. Campolieto**
Municipal Attorney
City of Rochester, New York - Law Department
30 Church Street, Room 412A
Rochester, New York 14614
p: (585) 428-7410 / f: (585) 428-6950
john.campolieto@cityofrochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Sent:** Monday, December 5, 2022 3:50 PM
**To:** Campolieto, John M. <John.Campolieto@CityofRochester.Gov>
**Cc:** David Roth <droth@rothandrothlaw.com>; Audra Roth <aroth@rothandrothlaw.com>
**Subject:** Vann v. City et al., 18-cv-6464; discovery issues

Dear John,

Please let me know if Officer Mintz is available for her deposition on Wednesday. I may have said today I wanted to finish Barber first, but I don't think that's actually necessary. If she's not, let me know a few dates and times.

Please also let me know dates and times for Barber's continued deposition.

Between Dec 26 and 30 could work for me for both of them.

Please also produce the remainder of the materials discussed with Judge Pedersen last Friday by December 23.

Thank you,

Elliot Shields, Esq. (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY  10016
T: (212) 425-1020
F: (212) 532-3801
eshields@rothandrothlaw.com


The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.