**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**John M. Campolieto**
Municipal Attorney

August 17, 2023

**VIA ECF**
Hon. Mark W. Pedersen
U.S. Magistrate Judge
100 State Street, Room 1400
Rochester, New York 14614
Fax No. (585) 613-4055

*Re: Vann v. City of Rochester, et al.*
    Case No.: 18-cv-6464

Dear Judge Petersen:

Pursuant to the Court's August 3, 2023 Order, requiring the City to comply with paragraphs 10, 11, 12 and 13 or its April 21, 2021 Order, the City submits this cover letter, along with its Supplemental Response to Plaintiff's April 16, 2020 Demand for Production.

The City had continued to work on this discovery since the time of the Court's April 21, 2021 Order but did not notify the Court of its supplemental discovery submissions to the Plaintiff, for which this author apologizes. The City sent some supplemental discovery to the Plaintiff on September 4, 2020, April 21, 2021, April 28, 2022, January 13, 2023 and April 27, 2023.

The actual supplemental discovery sent to Plaintiff, today, is not being sent to the Court. If the Court would like a hard copy of the discovery the City will send it upon request.

Please contact me if anything else is needed by the Court.

> Respectfully submitted,
>
> /s/ John M. Campolieto
>
> John M. Campolieto
> Municipal Attorney

xc: Elliot Dolby Shields, Esq. (*ECF*)