

**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**John M. Campolieto**
Municipal Attorney

March 27, 2024

Hon. Elizabeth A. Wolford
District Court Judge
Western District of New York
100 State Street
Rochester, New York 14614

*Re: Vann v. City of Rochester, et al.*
    **Case No.: 18-cv-6464**

Dear Judge Wolford:

On February 29, 2024 Plaintiff filed a partial Motion for Summary Judgment on the cause of action for Excessive Force in this matter. I am conducting the defense of a trial in *Simmons v. Ferrigno*, 17-cv-6176, scheduled before Judge Geraci, starting on April 9, 2024; all of my efforts, for the past month and until the trial is over, have and will be working towards completion of the trial.

I have spoken to Plaintiff's attorney, Mr. Shields, and he consents to an extension of time for my response to this motion. The Court's scheduling order set March 28 as the due date for the City's Response to this motion. The City respectfully requests an adjournment for the City's response time to May 20, 2024, representing a due date of approximately three weeks after completion of the trial. Plaintiff requests until June 28, 2024 to file reply, as Plaintiff's counsel is scheduled to begin a trial in a complex wrongful conviction case in the Court of Claims on June 5, 2024.

I have placed a so-ordered line at the end of this letter-motion if the Court were inclined to grant this extension.

Respectfully submitted,

/s/

Municipal Attorney

xc:  Elliot D. Shields, Esq. (*sent via electronic mail*)


**SO ORDERED**:

_____           **Dated:_____, 2024**
**Hon. Elizabeth A. Wolford**
**United States District Court Judge**