UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DAVID VANN,

           Plaintiff,

vs.

CITY OF ROCHESTER, et al.,

           Defendant.

_____

ELEVENTH AMENDED
SCHEDULING ORDER
18-CV-6464-EAW-MJP

The Court having had a teleconference with the parties and discussing the need for an extension of the deadlines contained in the Court's previously issued scheduling order the Court hereby

ORDERS that:

1. All factual discovery in this case, including depositions, shall be completed on or before **August 30, 2024**. All motions to compel discovery shall be filed by **July 31, 2024**.

8. Plaintiffs shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **September 30, 2024**. Defendants shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **October 30, 2024**. All parties shall complete all discovery relating to experts, including depositions, by **December 6, 2024**.

9. Dispositive motions, if any, shall be filed no later than **February 28, 2025**. Unless a consent to proceed before this Court will be filed, such motions shall be made returnable before Judge Wolford.

10. If no dispositive motions are filed, counsel shall **immediately** contact the trial judge so that a trial date status conference can be scheduled.

Requests to extend the above cut-off dates may be granted upon written application, made <u>prior to the cutoff date</u>, and showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made

by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

The Court requires that should any discovery dispute arise between the parties that a letter be sent to the Court detailing the dispute prior to any motion practice. **SO ORDERED**.

DATED:   April 18, 2024
         Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge