# EXHIBIT D

**STATE OF NEW YORK**
**COUNTY OF MONROE**
**ROCHESTER CITY COURT**

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 15-235240
PAGE 1 OF 4

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. **VANN DAVID** — 500 South Av #16F
2. _____
3. _____

CHARGED WITH ALLEGED OFFENSES, TO WIT: ASLT 3, TRESPASS

DEPONENT'S NAME: ALGAZALT, DAWAN
DEPONENT'S ADDRESS AND PHONE NUMBER: 43 South Av 491-2252

DEPONENT DEPOSES AND SAYS:

MY NAME IS DAWAN ALGAZALT AND I AM 29 YEARS OLD. ON 9/4/15 AROUND 11:20 I HAD MY CO-WORKER, RAFIQ, CALL 911 FOR ME. WE HAD A GUY COME INTO OUR STORE, A & Z SOUTH MARKET, AND HARASSED RAFIQ TO TRY AND SELL HIM A BEER WITHOUT HIS ID. WE REFUSED AND ASKED HIM MULTIPLE TIMES TO LEAVE. HE WAS IN OUR STORE LIKE 30 MINUTES. HE GOT VERY MAD AT ME AND STARTED TO GET NASTY. I FINALLY HAD ENOUGH AND PHYSICALLY PUSHED HIM OUT OUR BACK DOOR AND LOCKED IT. BEFORE I HAD A CHANCE TO RUN TO THE FRONT DOOR, HE RAN BACK INTO OUR STORE. THAT'S WHEN I HAD RAFIQ CALL 911. THE COPS CAME QUICK. THE GUY WAS STANDING JUST INSIDE OUR FRONT DOOR REFUSING TO LEAVE. THE COPS WERE REAL NICE AND TRIED TO GET HIM TO LEAVE. THE GUY GOT IN ONE OFFICERS FACE. THE OFFICER WARNED HIM BUT HE WENT AFTER THE OFFICER.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

DEPONENT'S SIGNATURE: [signed Dawan]   DATE: 9/5/15
WITNESS SIGNATURE: [signed Angelo]   DATE: 9/5/15

CONFIDENTIAL   COR000650

RPD 1270   REV. 02/03

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 15-235,240
PAGE 2 OF 4

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. VANN, DAVID — 300 SOUTH AV #16F
2. 
3. 

CHARGED WITH ALLEGED OFFENSES, TO WIT: ASLT 3, TRESPASS

DEPONENT'S NAME: ALGAZALI, DAWAN
DEPONENT'S ADDRESS AND PHONE NUMBER: 139 SOUTH AV 491-2252

DEPONENT DEPOSES AND SAYS:

AGAIN. THE OFFICERS WENT TO HANDCUFF HIM AND HE BEGAN TO FIGHT THE OFFICERS. HE WAS THRASHING AND REFUSED TO KEEP HIS HANDS BEHIND HIS BACK. THE OFFICERS YELLED OVER AND OVER, "STOP RESISTING! PUT YOUR HANDS BEHIND YOUR BACK!" ~~THEY EVEN THREATENED TO SPRAY HIM, BUT~~ D/A THE GUY CONTINUED TO FIGHT. HE WAS FIGHTING SO BAD HE CAUSED EVERYONE TO FALL TO THE SIDEWALK. THE GUY FELL ON ONE OFFICER, HURTING THE OFFICER'S ANKLE. ANOTHER OFFICER GOT HIM HANDCUFFED AND WALKED HIM TO A COP CAR. HE TRIED TO SEARCH THE GUY BUT HE JUST WOULDNT STOP FIGHTING, EVEN IN HANDCUFFS. ANOTHER OFFICER ARRIVED AND THAT MADE THE GUY FIGHT AND RESIST MORE. THEY FOUGHT SO MUCH THEY ENDED BACK UP ON THE SIDEWALK NEAR THE STORE. THAT'S WHEN THE SECOND OFFICER GOT HURT. I COULDNT TELL WHAT HE HURT BUT D/A

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

DEPONENT'S SIGNATURE    DATE 9/5/16
WITNESS SIGNATURE    DATE 9/5/16

RPD 1270

CONFIDENTIAL    COR000051    REV. 02/03

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department
Supporting Deposition
RPD 1270**

CR# 15-235240
PAGE 3 OF 4

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. VANN, DAVID — 500 SOUTH AV #16F
2. 
3. 

CHARGED WITH ALLEGED OFFENSES, TO WIT: ASLT 3, TRESPASS

DEPONENT'S NAME: ALGAZALI, DAWAN
DEPONENT'S ADDRESS AND PHONE NUMBER: 439 SOUTH AV 491-2252

DEPONENT DEPOSES AND SAYS:

HE WAS IN A LOT OF PAIN AND COULDN'T MOVE. I TRIED TO JUMP IN AND HELP BUT THE OFFICERS TOLD ME TO STAY BACK. LIKE 5 MORE OFFICERS SHOWED UP. THEY WERE ALL YELLING COMMANDS TO HIM BUT HE WAS STILL FIGHTING. HE WAS EVEN FIGHTING ONCE HE WAS IN THE BACK OF THE CAR. THAT'S WHEN THEY THREATENED TO SPRAY HIM. I AM SO THANKFUL THE OFFICERS CAME. I DO NOT FEEL THEY WERE INAPPROPRIATE WHATSOEVER. THEY GAVE HIM MORE THEN ENOUGH CHANCES TO COOPERATE. THIS GUY COMES INTO OUR STORE EVERYDAY CAUSING PROBLEMS, BUT I DON'T KNOW HIS NAME. I DO KNOW HE LIVES ACROSS THE STREET IN 500 SOUTH AV. HE'S A Blm 20-25 YO, 5'7, 140 LBS WEARING A BLACK TANKTOP AND COLORFUL PANTS PULLED UP TO HIS KNEES. I WANT TO GO TO THE HOSPITAL BECAUSE I THINK I BROKE DH

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

DEPONENT'S SIGNATURE    DATE 9/5/15
WITNESS SIGNATURE   9/5/15

RPD 1270            CONFIDENTIAL            COR000052
                                            REV. 02/03

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department
Supporting Deposition
RPD 1270**

CR# 15-235240
PAGE 4 OF 4

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. VANN, DAVID — 500 SOUTH AV # 16F
   DEFENDANT'S/RESPONDENT'S NAME / DEFENDANT'S/RESPONDENT'S ADDRESS
2. _____
3. _____

CHARGED WITH ALLEGED OFFENSES, TO WIT: ASLT 3, TRESPASS

DEPONENT'S NAME: ALGAZALI, DAWAN
DATE OF BIRTH: _____
DEPONENT'S ADDRESS AND PHONE NUMBER: 438 SOUTH AV 491-2252

DEPONENT DEPOSES AND SAYS:

MY LEFT LITTLE FINGER, TRYING TO GET HIM OUT OF OUR STORE. I WANT TO PRESS CHARGES AGAINST HIM FOR REFUSING TO LEAVE AND CAUSING ME TO GET HURT. D/A

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

DEPONENT'S SIGNATURE / DATE 9/5/15
WITNESS SIGNATURE / DATE 9/5/15

RPD 1270
**CONFIDENTIAL**
COR000053
REV. 02/03