# EXHIBIT E

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 1 of 6**

**CR #:** 2015-00235240

## DETAIL

| Field | Value |
|---|---|
| Incident Type | 22. All Other Offenses |
| Report Date | 09/04/2015 |
| Report Time | 23:28 |
| Date From | 09/04/2015 |
| Time From | 23:28 |
| Date To | 09/04/2015 |
| Time To | 23:28 |
| Incident Address | 439 South AVE |
| Beat | 229 |
| Campus Code | |
| Violent Crime Context | |

## OFFENSES

**Statute -** PL 140.10 0A  **BM3**  **Attempt/Commit -** Completed  **Counts -** 1
**Description -** Criminal Trespass 3rd: Property Fenced in or Enclosed
**Location:** Street-47
**Weapon:**
**Larceny Type:**
**Aggravated Assault Circumstances:**
**Gang Related:** No   **Computer:** No
**Bias Type:** No Bias-Not Applicable-77
**Entry Point:**
**Method of Entry:**
**# of Premises Entered:**

**Statute -** PL 205.30  **AM0**  **Attempt/Commit -** Completed  **Counts -** 1
**Description -** Resisting Arrest
**Location:** Street-47
**Weapon:**
**Larceny Type:**
**Aggravated Assault Circumstances:**
**Gang Related:** No   **Computer:** No
**Bias Type:** No Bias-Not Applicable-77
**Entry Point:**
**Method of Entry:**
**# of Premises Entered:**

## VICTIM

| Field | Value |
|---|---|
| Victim Type | Individual-I |
| Victim Name (Last, First, Middle) | Algazali, Dawan |
| Address | 439 South AVE |
| City, State, Zip | Rochester, NY |
| Date of Birth | |
| Age | |
| Sex | M |
| Race | A |
| Ethnicity | N |
| Residence Status | Resident |
| Telephone | |
| Level of Injury | Physical Injury |
| Type of Injury | Apparent Minor Injury |
| Medical Treatment | Not Treated |

## PERSONS

R = Reporting Person, W = Witness, PK = Person w/Knowledge, NI = Not Interviewed

| Type | Name (Last, First, Middle) | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|
| W | maracle, duane | M | W | N | 439 S South AVE Rochester, NY | |
| W | zayed, rafea | M | W | N | 439 South AVE Rochester, NY | |

## SUSPECT / MISSING PER

| Field | Value |
|---|---|
| Type - S | Arrestee |
| Suspect Name (Last, First, Middle) | Vann, David, C |
| Nickname | |
| Address | 500 South AVE ROCHESTER, NY 14621 |
| Date of Birth | 12/18/1991 |
| Age | 23 |
| Sex | M |
| Race | B |
| Ethnicity | N |
| MoRIS / JCR # | 325536 |
| Height | 5'9 |
| Weight | 160 |
| Hair Color | Black |
| Hair Length | Bald |
| Eye Color | Brown |
| Glasses | |
| Complexion | |
| Build | Thin |
| Facial Hair | |
| Gang Affiliation | |
| Clothing, Jewelry, Distinguishing Features | |
| Offender Condition | Apparently Normal |
| Scars, Marks, Tattoos | |
| Mothers Maiden Name | |
| Place of Birth | |
| School Name / ID # | |

## INVESTIGATION

**Modus Operandi**

01. Witness to the offense?
02. Surveillance footage of event?
03. Can a suspect be named?
04. Can a suspect be located?
05. Can a suspect be described?
06. Can a suspect be identified?
07. Can a suspect vehicle be identified?
08. Is stolen property traceable?
09. Is there significant Modus Operandi present?
10. Is there significant physical evidence present?
11. Has evidence tech work been performed?
12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Cleared by Arrest - Adult | | Patrol - Central | Central 4th |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| MITCHELL, STEVEN | 2134 | 09/15/2015 | COR\dz295|ZIMMERMAN, DANIEL J 09/16/2015 09:55 |

**CONFIDENTIAL**   COR000012

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 6

CR # 2015-00235240

## ADD'TL OFFENSE

- Statute - PL 120.00 02 AM3
- Attempt/Commit - Completed
- Counts - 1
- Description - Assault 3rd: Recklessly Cause Physical Injury
- Location: Street-47
- Weapon: Not Reported-88
- Larceny Type:
- Aggravated Assault Circumstances: Assault on LE Officer
- Gang Related: Yes
- Computer: No
- Bias Type: No Bias-Not Applicable-77
- Entry Point:
- Method of Entry:
- # of Premises Entered:

## VICTIM #2

- Victim Type: Police Officer-L
- Victim Name (Last, First, Middle): Kester, Jeffery
- Address: 185 EXCHANGE BLVD
- Date of Birth:
- Age:
- Sex:
- Race:
- Ethnicity: N
- Residence Status: Resident
- City, State, Zip: ROCHESTER, NY 14614
- Victim/Offender Relationship:
- Telephone: (585)428-1110
- Level of Injury: Serious Physical Injury
- Type of Injury: Apparent Broken Bones
- Medical Treatment: Treated and Released

## PERSONS

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

- Type:
- Suspect Name (Last, First, Middle):
- Nickname:
- Address:
- Date of Birth:
- Age:
- Sex:
- Race:
- Ethnicity:
- MoRIS / JCR #:
- Height:
- Weight:
- Hair Color:
- Hair Length:
- Eye Color:
- Glasses:
- Complexion:
- Build:
- Facial Hair:
- Gang Affiliation:
- Clothing, Jewelry, Distinguishing Features:
- Offender Condition:
- Scars, Marks, Tattoos:

## PROPERTY

- Property Code:
- Property Type:
- Property Value:
- Serial Number:
- Item Type and Description:
- Color:
- Quantity:
- Unit of Measure:
- Measurement Source:
- Drug Type:

- Property Code:
- Property Type:
- Property Value:
- Serial Number:
- Item Type and Description:
- Color:
- Quantity:
- Unit of Measure:
- Measurement Source:
- Drug Type:

## FIREARM

- Firearm Property Code:
- Firearm Value:
- Make:
- Model:
- Finish:
- Caliber:
- Capacity:
- Type:
- Action:
- Serial Number:
- Description:
- Recovery Date:

## VEHICLE

- Vehicle Status:
- Year:
- Make:
- Model:
- Style:
- Color:
- State:
- Plate Number:
- VIN #:
- Recovery Date:
- Additional Description:

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| MITCHELL STEVEN | 2134 | 09/15/2015 | COR\dz295|ZIMMERMAN, DANIEL J.|9/16/2015|00:55 |

Incident Report 2015-00235240 Page 2 OF 8

CONFIDENTIAL    COR000013

| Page 3 of 6 |  ROCHESTER POLICE DEPARTMENT<br>INCIDENT REPORT | CR #<br>2015-00235240 |
|---|---|---|

**NARRATIVE**

At the above date and time, I responded to the A and Z market at 439 South Ave. for the report of a male refusing to leave. I responded with (V2) Ofc. Drake and (V3) Ofc. Kester. Upon arrival, I spoke with (V1) (Algazali), an employee of the store, who stated that (A) (Vann) entered the store and wanted to buy beer. (V1) states that he asked (A) for identification to buy the beer and (A) did not have identification. (V1) refused to sell (A) a beer and (V) remained in the location. (V1) stated that (A) was told to leave the location several times, but remained in the store for approximately 45 minutes. (V1) states that (A) became aggressive towards (V1) and (V1) pushed (A) out the back door of the location and locked that door. During this altercation, (V1) suffered an injury to the little finger on (V1)'s left hand, which was later found to be a fracture in that finger. (A) then came back to the front of the location and entered the store again. At this point, (V1) called the 911.

After speaking with (V1) and the officers on scene, I went inside the front door area of the location to speak with (A). I told (A) that he needed to leave the location, just as he had been told by (V1) several times. (A) told me that he did not have to leave the store and argued with me. (A) then did walked out the front of the store to the side walk, almost bumping into Ofc. Kester. (A) did stop at the side walk, and turning towards officers and (V1). (A) began to argue with (V1) again and I then moved into arrest (A) for trespass. As I began to handcuff (A), (A) refused to keep his right arm behind his back and pulled it away from officers. This action forced officers to bring (A) to the ground for stabilization, where (A) was handcuffed. While going to the ground, (A) fell on top of (V2) (Kester). (V2) immediately yelled out that he hurt his leg. I moved (A) off of (V2) and pulled (A) away from (V2). I asked if (V2) was alright and he told me he was not. I then assisted (A) to his feet and walked him over to my patrol vehicle to do a proper search.

As (A) was brought to my patrol vehicle, he immediately pulled away from me. (V3) (Drake) ran over to assist me in controlling (A). (A) was told multiple times to get on the ground and would not comply. (A) was thrashing and pulling his body away from officers. The actions of (A) once again forced (V3) and I to bring (A) to the ground. Once on the ground, (V3) immediately stated that he was hurt and I could see that (V3) was not able to move his right shoulder. I continued atteapmting to control of (A) while on the ground. (A) continued to roll around on the ground and reached with his hands in the area of his waistband. Based on my training and experience, I know the area of a waist band to be a common place for individuals to conceal weapons and I did fear that (A) had a weapon on his person.

Several other officers arrived at the scene and I was able to have (A) properly searched and placed in the rear of my patrol vehicle. (A) refused to give me any of his personal information, however (V1) stated that (A) lived at 500 South Ave. Ofc. Barber was able to speak with the management of 500 South Ave. and it was confirmed that (A) did live at that location. Management did provide Ofc. Barber with copies of (A)'s NYS Licence, Social Security Card and Birth Certificate, confirming the identity of (A).

(V2) was taken by Rural Metro to Highland Hospital for evaluation. (V2) stated that his pain level was an 8 out of 10. It was determined at the hospital that (V2) had a broken right fibula. (V2) was treated for the injury and released.

(V3) was taken by Rural Metro to Rochester General Hospital for evaluation. (V3) stated that he had a pain level of an 8 out of 10. It was determined at the hospital that (V3) had a separated right shoulder. (V3) was treated for the injury and released.

Technician Farbizio (270) did respond to the location. (A) was treated for exposure to O.C. Spray by

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| MITCHELL | STEVEN | 2134 | 09/15/2015 | COR\dz295|ZIMMERMAN, DANIEL J.|9/16/2015|00:55 |

Incident Report 2015-00235240 Page 3 OF 6

**CONFIDENTIAL** COR000014

| Page 4 of 6 | ROCHESTER POLICE DEPARTMENT INCIDENT REPORT | CR # 2015-00235240 |

Rural Metro at the incident of the location. Ofc. Kephart and I transported (A) to booking without further incident.

**NARRATIVE**

18-CV-6464

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| MITCHELL STEVEN | 2134 | 09/15/2015 | COR\dz295|ZIMMERMAN, DANIEL J.|9/16/2015|00:55 |

Incident Report 2015-00235240 Page 4 OF 6

**CONFIDENTIAL** COR000015

| Page 5 of 6 | ROCHESTER POLICE DEPARTMENT INCIDENT REPORT | CR # 2015-00235240 |
|---|---|---|

**Statute** - PL 120.05 03 DF2  **Attempt/Commit** - Completed  **Counts** - 2
**Description** - Assault 2nd: W/Intent Cause Inj to Officer/Fireman/EMT/Nurse

| Location | Weapon |
|---|---|
| Street-47 | Not Reported-88 |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | Assault on LE Officer | No | No |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| No Bias-Not Applicable-77 | | | |

**ADDITIONAL OFFENSES**

(additional offense blocks blank)

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| MITCHELL | STEVEN | 2134 | 09/15/2015 | COR\dz295|ZIMMERMAN, DANIEL J.|9/16/2015|00:55 |

CONFIDENTIAL    COR000016

| Page 6 of 6 | ROCHESTER POLICE DEPARTMENT INCIDENT REPORT | CR # 2015-00235240 |
|---|---|---|

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Police Officer-L | Drake, Matthew | | | | | | |
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| 185 EXCHANGE BLVD | | | | | | N | Resident |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| ROCHESTER, NY 14614 | | | | | | | |
| Telephone | Level of Injury | Type of Injury | | | | Medical Treatment | |
| (585)428-1110 | Physical Injury | Apparent Minor Injury | | | | Treated and Released | |

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Society Public-S | City of Rochester | | | | | | |
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| 185 Exchange BLVD | | | | | | | Not Applicable |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Rochester, NY 14614 | | | | | | | |
| Telephone | Level of Injury | Type of Injury | | | | Medical Treatment | |
| (585)428-1110 | Business - NA | Business - NA | | | | Business - NA | |

ADDITIONAL VICTIMS

[Additional victim sections blank]

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| MITCHELL | STEVEN | 2134 | 09/15/2015 | COR\dz295|ZIMMERMAN, DANIEL J.|9/16/2015|00:55 |

CONFIDENTIAL

Incident Report 2015-00235240 Page 6 OF 6
COR000017