# EXHIBIT F

Page 1 of 2

## SUBJECT

| 1. LAST NAME | FIRST | M.I. | 2. DATE | 3. TIME | 4. CR # |
|---|---|---|---|---|---|
| Vann | David | C | 9/4/15 | 2328 | 15-235240 |

| 5. DOB | 6. SEX | 7. RACE | 8. HEIGHT | 9. WEIGHT | 10. INCIDENT LOCATION | BEAT |
|---|---|---|---|---|---|---|
| 12/18/91 | Male | Black | 5'9" | 160 | 439 South Ave | 229 |

**11. ARREST?** ☐ NO – release approved by:
☒ YES – charges: Assault 2nd, Assault 3rd, Resisting Arrest, Trespass

### 12. SUBJECTS ACTIONS
Subject resisted by (check all that apply and explain in narrative)

☒ **Verbal Resistance** (Failing to adhere to verbal commands)

☐ **Passive Resistance** (dead weight)

☒ **Active Resistance** (pulling away, striking or attempt assault)

☐ **Armed Resistance** (uses or attempts to use a weapon or dangerous instrument)

### 13. TACTIC EFFECTIVENESS
Check the appropriate box indicating whether the tactic was used, if the tactic was used write the number (1,2,3...) indicating what order the tactics were used in column one (1). In column two (2) write E, for *Effective*, ME, for *Moderately Effective* and NE, for *Not Effective*.

| Tactic | Order | Effectiveness | Tactic | Order | Effectiveness |
|---|---|---|---|---|---|
| ☒ Verbal | 1 | E | ☐ Forward Spin | | |
| ☐ Mandibular Angle | | | ☐ Shin Sheer | | |
| ☐ Hypoglossal Nerve | | | ☐ Arm Lock | | |
| ☐ Jugular Notch | | | ☐ Front Jab w/Baton | | |
| ☐ Clavical Notch | | | ☐ Rear Jab w/ Baton | | |
| ☐ Brachial Stun | | | ☐ Flat Chop | | |
| ☐ Suprascapular Stun | | | ☐ Upper Chop | | |
| ☒ Jab | 3 | ME | ☐ Forward Spin | | |
| ☐ Front Kick | | | ☐ Reverse Spin | | |
| ☐ Straight Punch | | | ☐ Inside Spin | | |
| ☐ Angle Kick | | | ☐ Power Spin | | |
| ☐ Forearm Strike | | | | | |
| ☐ Knee Strike | | | ☒ OC | 5 | E |
| ☐ Defensive Wedge | | | ☐ Taser | | |
| ☒ Hooking Technique | 2 | NE | ☐ Bean Bag | | |
| ☒ Ground Stabilization (ie. 3-Point Landing, joint manipulation) | 4 | ME | ☐ Hand Gun | | |
| | | | ☐ Long Gun | | |
| | | | ☐ Other: | | |
| | | | ☐ Other: | | |

**14. Narrative** *(If officer is in plainclothes, describe own clothing. If tactic(s) used on subject were ineffective, explain reason(s) why.)*

See Addendum

Officer: ☐ Primary Officer   ☒ Assisting Officer   Name: Steven Mitchell   ID# 2134

Rochester Police Department   Subject Resistance Report   RPD 1277   Rev. 06/2015

**ROCHESTER POLICE DEPARTMENT — ADDENDUM REPORT**

| | |
|---|---|
| 1. A CONTINUATION OF A (N): SRR | 2. CR#: 15 - 235240 |
| PAGE 2 OF 2 | |
| 3. VICTIM'S NAME: Algazali, Dawan | 4. OFFENSE/INCIDENT ADDRESS: 439 South Ave |
| 5. PSA: 229 | 6. DOW: Fri. | DATE OF INCIDENT: 09/04/15 |

**BLOCK NO. 14**

7. INDICATE BLOCK LETTER OR NUMBER IN LEFT MARGIN

At the above date and time, I responded to 439 South Ave. (A and Z Market) for the report of a male refusing to leave. Upon arrival, (S) (Vann) was uncooperative and refused to leave the location. (S) walked to the side walk and began to ball his fist as he turned towards officers and began to argue once more. I then moved in to handcuff (S)

I was able to get the left hand cuff on (S)'s left hand and then (S) began to pull his right hand towards the front of his body to avoid being handcuffed completely. Ofc. Kester had control of (S)'s right arm when I was applying handcuffs and when (S) pulled his hand away, Ofc. Kester brought (S) to the ground (See Ofc. Kester's SRR). The force of (S) and Ofc. Kester going to the ground brought me to the ground. (S) fell onto Ofc. Kester and Ofc. Kester immediately yelled out that his leg was hurt. I could see that Ofc. Kester was in extreme pain and that he could not stand up. At this time, (S) did have handcuffs applied to both of his hands, but (S) was still not listening to commands to stop moving around on the ground in order to be searched. (S) did reach several times towards his right rear pants waist band area and was told several times to stop reaching. Ofc. Kester asked for space from (S), as he was in pain and (S) was laying right next to Ofc. Kester. I stood (S) to his feet and walked (S) over to the side of my patrol vehicle to complete my search of (S).

As I brought (S) to my patrol vehicle, (S) immediately pulled away from me. I attempted a hooking technique to bring (S) to the ground, however the technique was not effective, as (S) was moving away from me. (S) then turned towards me and I told (S) several times to "get on the ground". (S) refused the commands. I then used a jab with my right closed fist to the chin area of (S), which was moderately effective as (S) was moving when the technique used. It should be noted that (S) still had not been searched, especially in the area of the waist band where (S) hand been reaching. I then used an arm bar take down on (S)'s left arm and brought (S) to the ground. (S) was laying on his back and I told (S) several times to roll onto his stomach. (S) refused to listen to the commands given. I then was able to roll (S) onto his stomach and administered four ½ second bursts of O.C. Spray to the face of (S), as (S) moved his head as the O.C. Spray was being administered. After being sprayed with O.C, (S) once again reached for his waistband on the right rear side of his pants. I attempted to grab (S)'s hands, still fearing that (S) had a weapon in his waistband. While trying to stop (S) from grabbing his waistband area, (S) rolled onto his back once again. I then used ground stabilization, placing my right arm across (S)'s chest and held him to the ground so that he could not reach for his waistband anymore. I waited in that position until additional officers arrived and I yelled to officers coming to assist me that. I told Officers that (S) was reaching for his waistband. (S) was searched on the ground and then again while he was standing up at the rear of my patrol vehicle. While (S) was being searched standing up, (S) would not stand still and was moving around. (S)'s actions forced me to have to keep (S)'s hands above his waistband in order to keep control of (S) and allow for a proper search. (S) was placed into the rear of a patrol vehicle after the secondary search was concluded. The search of (S) was negative for weapons and it is unknown why (S) continually reached for his waistband while resisting arrest.

Photos of (S) and injured officers were taken by Tech 270 (Farbizio) at the scene. Rural Metro responded to the scene to evaluate (S). Rural Metro staff flushed (S)'s eyes due to O.C. exposure. Rural Metro staff cleared (S) and I transported (S) to booking without further incident.

| 8. REPORTING OFFICER: S. Mitchell | ID#: 2134 | 9. SUPERVISOR: | ID #: | 10. XC TO: |