# EXHIBIT H

2016-0946

**SUBJECT** — Page 1 of 2

| 1. LAST NAME | FIRST | M.I. | 2. DATE | 3. TIME | 4. CR # |
|---|---|---|---|---|---|
| Vann | David | C | 9/4/15 | 2328 | 15-235240 |

| 5. DOB | 6. SEX | 7. RACE | 8. HEIGHT | 9. WEIGHT | 10. INCIDENT LOCATION | BEAT |
|---|---|---|---|---|---|---|
| 12/18/91 | Male | Black | 5'9" | 160 | 439 South Avenue | 229 |

**11. ARREST?** ☐ NO – release approved by:
☒ YES – charges: Assault 2nd, Assault 3rd, Resisting Arrest, Trespass

**12. SUBJECTS ACTIONS**
Subject resisted by (check all that apply and explain in narrative)

**13. TACTIC EFFECTIVENESS**
Check the appropriate box indicating whether the tactic was used, if the tactic was used write the number (1,2,3...) indicating what order the tactics were used in column one (1). In column two (2) write E, for *Effective*, ME, for *Moderately Effective* and NE, for *Not Effective*.

| Subject's Actions | Tactic | Order | Effectiveness | Tactic | Order | Effectiveness |
|---|---|---|---|---|---|---|
| ☒ Verbal Resistance (Failing to adhere to verbal commands) | ☒ Verbal | 1 | NE | ☐ Forward Spin | | |
| | ☐ Mandibular Angle | | | ☐ Shin Sheer | | |
| | ☐ Hypoglossal Nerve | | | ☐ Arm Lock | | |
| | ☐ Jugular Notch | | | ☐ Front Jab w/Baton | | |
| | ☐ Clavical Notch | | | ☐ Rear Jab w/ Baton | | |
| ☐ Passive Resistance (dead weight) | ☐ Brachial Stun | | | ☐ Flat Chop | | |
| | ☐ Suprascapular Stun | | | ☐ Upper Chop | | |
| | ☐ Jab | | | ☐ Forward Spin | | |
| | ☐ Front Kick | | | ☐ Reverse Spin | | |
| | ☐ Straight Punch | | | ☐ Inside Spin | | |
| ☒ Active Resistance (pulling away, striking or attempt assault) | ☐ Angle Kick | | | ☐ Power Spin | | |
| | ☐ Forearm Strike | | | | | |
| | ☐ Knee Strike | | | ☐ OC | | |
| | ☐ Defensive Wedge | | | ☐ Taser | | |
| | ☐ Hooking Technique | | | ☐ Bean Bag | | |
| ☐ Armed Resistance (uses or attempts to use a weapon or dangerous instrument) | ☐ Ground Stabilization (ie. 3-Point Landing, joint manipulation) | | | ☐ Hand Gun | | |
| | | | | ☐ Long Gun | | |
| | | | | ☒ Other: Bent Arm Bar | 2 | E |
| | | | | ☐ Other: | | |

**14. Narrative** *(If officer is in plainclothes, describe own clothing. If tactic(s) used on subject were ineffective, explain reason(s) why.)*

On the above date and time at the above location, I responded for the report of a trespass. Onscene, I observed Officers Mitchell and Drake having a conversation with (A) Vann who was being uncooperative. While there, I heard Officer Mitchell state to (A) that he was under arrest. As Officer Mitchell grabbed (A)'s left arm, I moved in to grab hold of (A)'s right wrist. While attempting to handcuff (A), he pulled his right hand towards the front of his body while tensing up and pulling away. As he did so, I performed a bent arm bar on (A)'s right arm, forcing him towards the ground. While I did so, (A) continued to attempt to pull away, causing me to lose my balance, making it unable to guide (A)'s body to the ground on his stomach. As we hit the ground, I was able to put the handcuff on (A)'s right wrist, placing him in custody.

| Officer: | ☒ Primary Officer | ☐ Assisting Officer | Name: J. Kester | ID# 2230 |
|---|---|---|---|---|

Rochester Police Department        Subject Resistance Report        RPD 1277

Page 2 of 2

| 15. Name | ID # | BWC Assigned | BWC Video | Height | Weight | Section | Pltn | Uniform | Injured/ Treated | Cover Page |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIMARY: J. Kester | 2230 | No | No | 5'9 | 229 | Central | 1st | Yes | Yes | Yes |
| S. Mitchell | 2134 | No | No | 5'8 | 170 | Central | 4th | Yes | No | Yes |
| D. Kephart | 2071 | No | No | 6'0 | 185 | Central | 4th | Yes | No | Yes |
| M. Drake | 196 | No | No | 5'9 | 165 | Central | 4th | Yes | Yes | No |

**WITNESSES** – Conduct a neighborhood check and indicate with code: W – Witness/Deposed, NI – Not Interviewed, NO – Interviewed/No Information, WR – Witness/Refused Deposition.

| 16. NAME | ADDRESS | DAY PHONE | EVENING PHONE | WITNESS CODE |
|---|---|---|---|---|
| ALGAZALT DAWAN | 500 SOUTH AVE #16F | | | W |
| DUANE MARACLE | 500 SOUTH AVENUE | | | W |
| RAFIQ ZAYED | 439 SOUTH AVENUE | | | NO |

**MEDICAL**                                                                *Attach and forward a copy of all depos to PSS and PDS

17. Condition of subject:   ☒ Sober   ☐ Alcohol Influence   ☐ Intoxicated (alcohol)   ☐ Drugs

18. Subject injured prior to incident:   ☒ No   ☐ Yes, describe:

19. Subject injured during incident:   ☒ No   ☐ Yes, describe:

20. If subject was exposed to O.C., was subject treated:   ☐ No   ☒ Yes   ☐ At hospital   ☒ PSB eyewash station

21. Hospitalization:   ☒ No – Reason: Evaluated by Paramedic Onscene, no injuries
   ☐ Yes – Transport via   ☐ RPD vehicle #   ☐ Ambulance Co./Veh #   ☐ Other

22. Hospital: N/A                                    23. Attending medical professional:

24. Subject: ☐ Admitted   ☐ Treated and Released   ☐ No Treatment   ☐ Refused   25. Time of treatment/refusal:

26. Witness to refusal:

27. Technician work performed: ☐ No – Reason:
   ☒ Yes by: C. Barber          ☒ Photos   ☐ Diagram   ☐ Other:
   Photos of: ☒ Member(s) Kester, Drake, Mitchell      ☒ Subject   ☒ Other: Location

28. Reports completed: ☒ Crime          ☐ Incident          ☐ Investigative action
    (DO NOT ATTACH)   ☒ Prisoner data   ☒ Addendum(s)     ☒ Technicians report
                      ☐ Other:                            ☐ CR #'s:

29. Commanding Officer at scene: J. LaFave           Rank: Sergeant          Section: Central

**ADMINISTRATIVE REVIEW**

30. Reviewing Supervisor: t/Lt. LaFave            Date: 11/15/16

31. Platoon Commanding Officer: T/Lt. LaFave      Date: 11/15/16