UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DAVID VANN,

           Plaintiff,

vs.

CITY OF ROCHESTER, et al.,

           Defendant.

_____

THIRTEENTH AMENDED
SCHEDULING ORDER
18-CV-6464-EAW-MJP

The parties having jointing requested the need for an extension of certain deadlines contained in the Court's previously issued scheduling order and having shown good cause therefore (ECF No. 181), the Court hereby

ORDERS that:

1. All factual discovery in this case, including depositions, shall be completed on or before **November 15, 2024.** All motions to compel discovery shall be filed by **October 31, 2024**.

8. Plaintiffs shall identify any liability expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **January 15, 2025**. Defendants shall identify any liability expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **February 15, 2025**. All parties shall complete all discovery relating to liability experts, including depositions, by **March 15, 2025**.

9. Plaintiffs shall identify any damages expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **April 15, 2025**. Defendants shall identify any damages expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **May 15, 2025**. All parties shall complete all discovery relating to damages experts, including depositions, by **June 15, 2025**.

10. All expert discovery shall be completed by **June 15, 2025**.

9. Dispositive motions, if any, shall be filed no later than **July 1, 2025**. Unless a consent to proceed before this Court will be filed, such motions shall be made returnable before Judge Wolford.

1

10. If no dispositive motions are filed, counsel shall **immediately** contact the trial judge so that a trial date status conference can be scheduled.

Requests to extend the above cut-off dates may be granted upon written application, made prior to the cutoff date, and showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

The Court requires that should any discovery dispute arise between the parties that a letter be sent to the Court detailing the dispute prior to any motion practice. **SO ORDERED**.

DATED:   October 10, 2024
         Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge