UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**DAVID VANN,** *by guardian of his person*
*and property Diana Vann,*

                    **Plaintiff,**             **NOTICE OF APPEAL**

            **-vs-**

                                                        **Civil Action 6:18-CV-06464**

**THE CITY OF ROCHESTER,** *a municipal*
*Entity, et al.,*

                    **Defendants.**
_____

      Notice is hereby given that the City of Rochester and individual Defendants (Steven Mitchell and Matthew Drake), in the above named action, hereby appeal to the United States Court of Appeals for the Second Circuit, the Decision and Order of United States District Court Judge Elizabeth A. Wolford granting Plaintiff's partial summary judgment against Defendants Mitchell and Drake, in part, denying the defense of qualified immunity, final judgment entered on August 28, 2024; and denying the Defendants FRCP Rule 59 (e) motion, final judgment entered on November 4, 2024.

DATED:  December 3, 2024         PATRICK BEATH, Corporation Counsel

                                                BY: s/John M. Campolieto
                                                    John M. Campolieto, Esq., of Counsel
                                                    Attorneys for Defendants
                                                    30 Church Street, Room 400A City Hall
                                                    Rochester, New York 14614
                                                    Telephone: (585) 428-7410

To:    Elliot Dolby Shields
         ROTH & ROTH, LLP
         *Attorneys for Plaintiff*
         192 Lexington Avenue
         Suite 802
         New York, NY  10016