# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

December 2, 2025

**VIA ECF**
Hon. Mark W. Pedersen
United States Magistrate Judge
2720 U.S. Courthouse
100 State Street, Rochester, NY 14614

      Re:    *Vann* v. *City of Rochester et al*, 18-cv-6464 (EAW)(MJP)

Dear Judge Pedersen,

Per the Court's Seventeenth Amended Scheduling Order (ECF 221) and the Second Circuit's Mandate dismissing the City's interlocutory appeal (ECF 222), the parties jointly write regarding the reinstated deadlines for expert discovery and dispositive motions.

The Seventeenth Amended Scheduling Order provides that Plaintiff's expert disclosures are due **60 days** after the Second Circuit issues its decision; Defendants' expert disclosures are due **90 days** after the decision; and all expert discovery and dispositive motions are due **120 days** after the decision.

The Second Circuit issued its Mandate on **November 26, 2025**. Thus, per ECF 221, the deadlines are as follows: (1) Plaintiff shall identify any liability or damages expert witnesses and serve any expert report no later than January 26, 2026; (2) Defendants shall identify any liability or damages expert witnesses and serve any expert report no later than February 24, 2026; (3) all liability or damages expert discovery, including depositions, shall be completed by March 26, 2026; and (4) Dispositive motions, if any, shall be filed no later than March 26, 2026.

      Respectfully submitted,

      ~//s//~

      Elliot Shields

cc: All Parties (via ECF)

SO ORDERED.

Date: December 3, 2025

_____
MARK W. PEDERSEN
United States Magistrate Judge