# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

January 15, 2025

**<u>VIA ECF</u>**
Hon. Mark W. Pedersen
United States Magistrate Judge
2720 U.S. Courthouse
100 State Street, Rochester, NY 14614

Re:    *Vann* v. *City of Rochester et al*, 18-cv-6464 (EAW)(MJP)

Dear Judge Pedersen,

The parties respectfully requests a two-month extension of all deadlines set forth in the parties' letter regarding expert discovery and dispositive motions that was so-ordered by the Court at ECF No. 224.

This modest extension is necessitated by Plaintiff's counsel's trial schedule and the resulting inability to coordinate with and finalize expert reports within the currently allotted time. Specifically, Plaintiff's counsel will be engaged on trial in *Dempsey et ano v. City of Rochester, et al.*, 19-cv-6780 (MJP), from January 13, 2026 through January 30, 2026, and on trial in *Johnson v. City of Rochester*, 21-cv-6683 (EAW), from February 2, 2026 through February 6, 2026. In addition, February 16–20, 2026 is school break, during which Plaintiff's counsel will be on previously scheduled vacation, and from February 23–26, 2026, Plaintiff's counsel is scheduled to be on trial in New York County in *Almanzar v. Cepeda and Cocho Corp.*, Index No. 152070/2022.

Given these overlapping trial commitments, Plaintiff's counsel has been unable to meaningfully coordinate with retained experts to complete and finalize expert reports within the existing deadlines. A one-month extension of all deadlines will allow the parties to complete expert discovery and dispositive motion practice in an orderly manner without prejudice to any party.

Moreover, the Plaintiff was just recently released from a long term inpatient hospitalization at Strong Memorial Hospital and then the Rochester Psychiatric Center, and is now in the DePaul Mental Health Residential Services Program. Defendants plan to make an application to take an Independent Medical Examination of the Plaintiff now that he has been released from his long term inpatient treatment.

If the Court grants this request, the recalculated deadlines—adjusted to ensure that none fall on a weekend or federal holiday—would be as follows: (1) Plaintiff shall identify any liability or damages expert witnesses and serve any expert report no later than **March 26, 2026**; (2) Defendants shall identify any liability or damages expert witnesses and serve any expert report no later than **April 24, 2026**; (3) all liability or damages expert discovery, including depositions, shall be completed by **May 26, 2026**; and (4) dispositive motions, if any, shall be filed no later than **May 26, 2026**.

This is Plaintiff's first request for an extension of these reinstated deadlines, and the requested extension will not interfere with any other Court-ordered dates.

Thank you for the Court's consideration.

Respectfully submitted,

~//s//~

Elliot Shields

cc: All Parties (via ECF)

SO ORDERED

Dated: January 16, 2026

MARK W. PEDERSEN
United States Magistrate Judge